[No. 21594-6-III.   Division Three.   October 7, 2003.]

JOHN SUMMERS, *Appellant*, v. TSUYOSHI SASAKI, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-00897-1, Ellen K. Clark, J., entered November 1, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kato, JJ.

[No. 28178-3-II.   Division Two.   October 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK WAYNE GEROU, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-00259-5, Anna M. Laurie, J., entered December 13, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 28377-8-II.   Division Two.   October 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JAMES CANTY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-01416-1, Edwin L. Poyfair, J., entered February 6, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[No. 28411-1-II.   Division Two.   October 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARDO A. LUNA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-01528-1, Edwin L. Poyfair, J., entered February 6, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.